**Opinion filed May 8, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00086-CV
_____

### IN THE INTEREST OF E.J.P., A CHILD

**On Appeal from the 446th District Court**

**Ector County, Texas**

**Trial Court Cause No. E24023PC**

### M E M O R A N D U M   O P I N I O N

This is an appeal from an order in which the trial court terminated the parental rights of the mother and the alleged and unknown fathers of E.J.P.  Only the mother filed a notice of appeal, but it was untimely filed.  *See* TEX. R. APP. P. 26.1(b).  Because Appellant's notice of appeal was filed within fifteen days after the deadline, we directed Appellant to file a motion to extend the time for filing her notice of appeal to preserve her appellate rights.  *See* TEX. R. APP. P. 26.3.  Appellant timely filed such a motion.

Appellant has now filed a motion to withdraw her notice of appeal.  In the motion, Appellant states that she wishes to "drop" the appeal, and requests that "the

Notice of Appeal be withdrawn." We grant Appellant's request to withdraw her notice of appeal and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, Appellant's motion to withdraw her notice of appeal is granted, and this appeal is dismissed. Appellant's motion to extend time for filing her notice of appeal is dismissed as moot.

W. BRUCE WILLIAMS

JUSTICE

May 8, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2